| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 8:14-cr-196-CEH-TGW |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:23-CR-00040-DCLC-CRW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Jerry Mendez<br>1743 Todd Drive<br>Johnson City, Tennessee 37604 | DISTRICT<br><br>Middle District of Florida | DIVISION<br><br>Tampa |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Charlene Edwards Honeywell | |
| | DATES OF SUPERVISED RELEASE: | FROM 03/08/2023 | TO 03/07/2028 |

**OFFENSE**

Count One: Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine and 50 Grams or More Methamphetamine Actual, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 16, 2022      Charlene Edwards Honeywell
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 21, 2023      Clifton L. Corker
*Effective Date*      *United States District Judge*